■ ADELE ALBERTI, Respondent, v WEST 235TH STREET CLEANERS, Doing Business as PRESTIGE CLEANERS, INC., Appellant. (And a Third-Party Action.) [621 NYS2d 323] —Order, Supreme Court, Bronx County (Douglas McKeon, J.), entered October 5, 1993, which denied defendant's motion for summary judgment, unanimously affirmed, without costs.

Issues of fact exist that preclude summary judgment, including whether the floor of defendant's establishment, which had been freshly mopped, was dangerously wet, and, if so, whether such condition was the proximate cause of plaintiff's slip and fall. We have considered defendant's other arguments, and find them to be without merit. Concur—Ellerin, J. P., Kupferman, Asch and Rubin, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MCKINLEY NESBITT, Appellant. [621 NYS2d 867] —Judgment, Supreme Court, New York County (Carol Berkman, J.), rendered on or about September 9, 1993, unanimously affirmed.

Application by appellant's counsel to withdraw as counsel is granted. *(See, Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no non-frivolous points which could be raised on this appeal.

Pursuant to CPL 460.20, defendant has the right to apply for leave to appeal to the Court of Appeals by making application to the Chief Judge of that Court and by submitting such application to the Clerk of that Court or to a Justice of the Appellate Division of the Supreme Court of this Department on reasonable notice to the respondent within thirty (30) days after service of a copy of this order, with notice of entry.

Denial of the application for permission to appeal by the Judge or Justice first applied to is final and no new application may thereafter be made to any other Judge or Justice. Concur—Ellerin, J. P., Kupferman, Asch and Rubin, JJ.